**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Noe PINEDA–ALBARRON, a/k/a Primo, a/k/a Pedro Martinez Flores, a/k/a Noe Albarron–Pineda, Defendant–Appellant.**

No. 15–7204.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 26, 2016.

Decided: Feb. 1, 2016.

Noe Pineda–Albarron, Appellant Pro Se. Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before WILKINSON, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Noe Pineda–Albarron appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Pineda–Albarron,* No. 3:10–cr–00029–NKM–1 (W.D.Va. Apr. 10, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*